# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2254
L.T. Case No. 1996-CF-001482-A

———————————————

LARRY LEVI REESE,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

3.850 Appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

Larry Levi Reese, Daytona Beach, pro se.

Ashley Moody, Attorney General, and David Welch, Assistant
Attorney General, Tallahasee, for Appellee.

October 29, 2024

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and WALLIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____